# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

NO. 03-23-00781-CR
NO. 03-23-00782-CR

---

**Charles Wayne Curtis, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
NOS. A-23-0359-SA, A-22-1039-SA,
THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING**

---

---

NO. 03-23-00809-CR

---

**Charles Wayne Curtis, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 119TH DISTRICT COURT OF CONCHO COUNTY
NO. DOF-23-02123, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Charles Wayne Curtis, Jr., has filed a motion to dismiss his appeal in each of the above causes. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). In each cause, we grant the motion and dismiss the appeal. *See id.*

---

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Kelly

Dismissed on Appellant's Motion

Filed: June 11, 2024

Do Not Publish